United States District Judge Robert S. Lasnik

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| JULIE BURROWS,<br>        Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br>        Defendant. | CIVIL NO. 3:16-cv-005853<br><br>ORDER FOR ATTORNEY'S FEES<br>PURSUANT TO 42 U.S.C. § 406(b) |

THIS MATTER having come on regularly before the undersigned upon Plaintiff's Motion for Attorney Fees Pursuant To 42 U.S.C.§ 406(b), the Court having considered the contentions of Plaintiff and Defendant, good cause having been shown for entry of the Order, now therefore, it is hereby

ORDERED that Plaintiff's attorney Amy Gilbrough is awarded an attorney fee of $9,900.00 pursuant to 42 U.S.C. § 406(b). Plaintiff's attorney has already received a fee under the Equal Access to Justice Act of $3,259.22. Social Security is directed to send a net fee of $6,640.78 to Plaintiff's attorney, minus any applicable processing fees as allowed by statute.

Dated this 3rd day of October, 2019.

*/s/ Robert S. Lasnik*
ROBERT S. LASNIK
United States District Judge

ORDER FOR ATTORNEY'S FEES PURSUANT TO
42 U.S.C. § 406(b) [«F494»] - 1

Elie Halpern & Associates, P.S.
1800 Cooper Pt. Road SW, Bldg. 19
Olympia, WA 98502
(360) 753-8055